UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RANDHIR SINGH,

        Petitioner,

v.

MERRICK GARLAND, *et al.*,

        Respondents.

CASE NO. 2:24-CV-01340-RSM-GJL

ORDER STAYING CASE AND DENYING MOOT MOTION

The District Court has referred this immigration habeas action to United States Magistrate Judge Grady J. Leupold. Currently before the Court are Respondents' Motion to Dismiss for lack of jurisdiction, Dkt. 11, and their Unopposed Motion to Stay this case until the U.S. Immigration and Customs Enforcement ("ICE") transfers Petitioner to the Northwest ICE Processing Center ("NWIPC") located within the territorial district of this Court, Dkt. 14.

Upon review of the relevant record, the Court concludes a stay will promote the orderly course of justice and will not cause hardship, damage, or inequity. *See Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1110 (9th Cir. 2005) (quoting *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)). Accordingly, the Court **ORDERS** the following:

ORDER STAYING CASE AND DENYING MOOT MOTION - 1

(1) The Unopposed Motion to Stay (Dkt. 14) is **GRANTED**. The Clerk of Court is **DIRECTED** to enter a stay in this case. This case shall **REMAIN STAYED** until one of the following conditions is met: (1) Petitioner is returned to the NWIPC or another facility within this District, (2) ICE determines that Petitioner will not be returned to the NWIPC or another facility within this District, or (3) Petitioner is removed from the United States, or upon a party's motion demonstrating other good cause for lifting the stay.

(2) Respondents shall **FILE a status report** as soon as possible and **no later than fourteen days** after one of the above conditions is met. In addition, the parties shall **FILE a joint status report every forty-five days** updating the Court on the status of Petitioner's custody and removal.

(3) As this litigation is now stayed, Respondents' Motion to Dismiss (Dkt. 11) is **DENIED as moot** with the opportunity to refile once the stay is lifted.

Finally, the Clerk of Court is directed to send a copy of this Order to Petitioner.

Dated this 28th day of October, 2024.

Grady J. Leupold
United States Magistrate Judge

ORDER STAYING CASE AND DENYING MOOT MOTION - 2